IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JIMMIE CASEN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.                                                                CASE NO. 1D16-2982

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed December 22, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Jimmie Casen, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED.  See Logan v. State, 846 So. 2d 472, 479 (Fla. 2003).

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.